**United States District Court**
**Violation Notice**

CVB Location Code

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6016748 | Aines | 114 |

6016748

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 2/04/2000 0600 | 18 USC Sec.13 16 109(A-1) |

Place of Offense

9709 Painate Road Ft monte (UCIF)

Offense Description: Factual Basis for Charge    HAZMAT, ☐

Driving motor vehicle on Hwy without required
license and authorization

DEFENDANT INFORMATION  Phone (202) 917-067?

Last Name
Brown

Tony    N/A

Street Address

UKG4740    DC    Nissan Altima Gray

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $30 Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| T.B.D | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature  Tony Brown

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 12/22/2020 15:28

---

I state that on **Dec ember 4**, 20 **20** while exercising my duties as a law enforcement officer in the **Northern** District of **Ft mede**

See CCN:

The foregoing statement is based upon:

✓ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on  **12/04/2020**  _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 12/22/2020 15:28